UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JANE DOE                                              :

        Plaintiff,                           :        ORDER

  -v.-                                                    :
                                                                   23 Civ. 3849 (PAC) (GWG)
CITY OF NEW YORK et al.,                     :

        Defendants.                       :
-------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      It appears from the parties' submissions that the plaintiff cannot appear in person but instead will appear by telephone. In light of this development, and the fact that the Court understands that the individuals defendants are not appearing, the settlement conference scheduled for November 9, 2023, is changed to a settlement conference by telephone for all parties including attorneys. The Court will supply the dial-in information to counsel by email. The parties/attorneys shall dial in to the conference line at 2:30 p.m. on November 9, 2023.

      All attorneys are directed to ensure that the other attorneys on this case are aware of this change and that their clients, interpreters and/or insurers attending the conference are also aware of the change.

      SO ORDERED.

Dated: November 6, 2023
       New York, New York

                                                  GABRIEL W. GORENSTEIN
                                                  United States Magistrate Judge